IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

FUNDAMENTAL LONG TERM CARE, INC.,

    Debtor.
_____/

ESTATE OF OPAL LEE SASSER,

    Plaintiff,

vs.

GENERAL ELECTRIC CAPITAL CORPORATION, *et al*.,

    Defendants.
_____/

Case No. 8:11-bk-22258-MGW
Chapter 7

Adv. No. 8:14-ap-00424-MGW

**GECC'S MOTION FOR SCHEDULING
CONFERENCE REGARDING REMOVED PROCEEDINGS**

    Defendant General Electric Capital Corporation respectfully moves the Court to notice a scheduling conference to address scheduling of proceedings in the above-captioned adversary proceeding, which GECC removed to this Court on May 14, 2014.  After GECC removed the similar Townsend adversary proceeding to this Court (No. 8:14-ap-00251), the Court indicated that its practice in removed proceedings is to convene a scheduling conference before litigating substantive issues.  As the Court did in Townsend, GECC respectfully requests that the Court set a scheduling conference in the above-captioned adversary proceeding at a time that is convenient for the Court.  The purpose of the conference would be to establish an orderly schedule for resolving this matter and to address any other matters the Court deems warranted.

WHEREFORE, GECC respectfully requests that the Court convene a scheduling conference for this matter as set forth above.

>Respectfully submitted,
>
>HOGAN LOVELLS US LLP
>600 Brickell Avenue
>Suite 2700
>Miami, Florida 33131
>Telephone: (305) 459-6500
>Facsimile: (305) 459-6550
>
>By: /s/ Carol A. Licko
>Carol A. Licko
>Fla. Bar No.: 435872
>Email: carol.licko@hoganlovells.com
>
>*Counsel for General Electric Capital Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>/s/ Carol A. Licko